USDC SCAN INDEX SHEET

















ELC    7/13/98     8:14

3:98-M -01782    USA V. TAMAYO

*1*

*CRCMP.*

FILED

UNITED STATES DISTRICT COURT    98 JUL -7 AM 9:28

SOUTHERN DISTRICT OF CALIFORNIA CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Magistrate's Case No: |
| V. | ) |
| | ) COMPLAINT FOR VIOLATION OF: |
| Carlos TAMAYO | ) |
| | ) 21 U.S.C. S 952, 960 and 963, - |
| Cesar FERNANDEZ | ) Importation of a Controlled |
| | ) Substance; |
| | ) 21 U.S.C. S 841(a)(1) - |
| | ) Possession of a Controlled |
| | ) Substance With Intent to |
| | ) Distribute. |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about June 20, 1998, within the Southern District of California, defendants Carlos TAMAYO and Cesar FERNANDEZ, did knowingly and intentionally import and attempt to import, approximately 7.3 pounds of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

## COUNT TWO

That on or about June 20, 1998, within the Southern District of California, defendants Carlos TAMAYO and Cesar FERNANDEZ, did knowingly and intentionally possess, with intent to distribute, approximately 7.3 pounds of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_Andrea C. Michels_
Signature of Complainant
Special Agent, U.S. Customs Service

Sworn to before me and subscribed in my presence this 7th day of July, 1998.

_Larry A. Burns_
UNITED STATES MAGISTRATE/JUDGE

UNITED STATES OF AMERICA
      v.

Carlos TAMAYO

~~Cesar FERNANDEZ~~ UN$

## STATEMENT OF FACTS

On June 20, 1998 at approximately 10:05 p.m., Carlos TAMAYO and Cesar FERNANDEZ attempted to enter the United States from the Republic of Mexico at the Port of Entry, San Ysidro, California. TAMAYO was the driver and FERNANDEZ was the passenger of a 1988 Hyundai bearing California license plates 2GMM825.

During a pre-primary roving inspection, Supervisory Canine Enforcement Officer (CEO) Grassi was using his Narcotics Detector Dog (NDD) "George 2C-73". During the sweep, NDD "George 2C-73" alerted to the rear bumper of the Hyundai. CEO Roman Granados was also present during the sweep and asked TAMAYO what his citizenship was and TAMAYO responded that he was a U.S. citizen. CEO Granados asked TAMAYO what he was bringing from Mexico and TAMAYO pointed to a plastic calendar. CEO Granados asked TAMAYO who owned the vehicle to which TAMAYO responded that the vehicle belonged to his sister and that he did not own it. TAMAYO told CEO Granados that he was going to El Monte, CA, but that his sister did not live at the same address. CEO Granados asked TAMAYO how long he had been in Mexico and whether TAMAYO had been with the vehicle the whole time. TAMAYO said that he had been in Mexico all day and that he had only been separated from the vehicle for a few hours during which time he left it at a relative's house. CEO Granados escorted the vehicle to the secondary lot for inspection.

Customs Inspector (CI) Stephen Carrubba was assigned to the secondary lot when he was assigned to inspect the Hyundai. CI Carrubba conducted a seven point inspection of the vehicle and discovered three duct tape packages weighing approximately 7.3 pounds concealed in the rear bumper of the Hyundai. The packages contained a green leafy substance which CI Carrubba presumptively field tested for the presence of a narcotics substance. The presumptive test was positive for the presence of marijuana. Also found during the inspection of the vehicle was a box of "Blazer" ammunition that contained fifty (50) 9 millimeter bullets.

Paperwork found in the vehicle from the California Department of Motor Vehicle indicated that the vehicle was registered to Cecilia Martinez of 12311 Ferris Road, El Monte, CA 91732.

98 MG 1782

At approximately 12:28 a.m. on June 21, 1998 U.S. Customs Special Agent (SA) Michels advised FERNANDEZ of his Constitutional rights per Miranda in the English language, as witnessed by S/A Prentice. After indicating that he understood each individual right, FERNANDEZ waived his rights, signed the rights waiver form and agreed to be interviewed. FERNANDEZ said that he and TAMAYO had departed El Monte, CA for Tijuana, Mexico on June 20, 1998. FERNANDEZ and TAMAYO met TAMAYO's cousin, Raffa, in Tijuana. They parked the car where they could see it, and went to eat from a taco stand. Next they went to a couple of shops where Raffa bought some blankets. FERNANDEZ said the vehicle belongs to TAMAYO, who recently purchased it from his (TAMAYO's) sister. FERNANDEZ denied having any knowledge of the marijuana smuggling attempt.

At approximately 1:27 a.m., S/A Michels advised TAMAYO of his Constitutional rights per Miranda in the English language, as witnessed by S/A Prentice. After indicating that he understood each individual right, TAMAYO waived his rights, signed the rights waiver form and agreed to be questioned. When S/A Michels advised TAMAYO that marijuana had been discovered in his vehicle TAMAYO acted surprised, stating he didn't know that marijuana had been discovered in the vehicle and that he had no knowledge of the marijuana in the vehicle. However, later during the interview he stated that prior to falling asleep in the cell, he was thing about the marijuana found in the vehicle and wondered what the consequences for him would be. TAMAYO said that he and FERNANDEZ had departed El Monte, CA between 2:00 and 3:00 p.m. on June 20, 1998 destined for Tijuana, Mexico. TAMAYO said that they stopped once on the way for gas, and after arriving in Tijuana went directly to TAMAYO's brother's house. TAMAYO said that his brother's name is Rafael TAMAYO. They left the vehicle at his brother's house and went to a park where TAMAYO's family was celebrating TAMAYO's uncle's birthday. TAMAYO said that he and FERNANDEZ had spent most of the day at the park. TAMAYO said that he and FERNANDEZ did go to eat from a lunch truck. TAMAYO said that he had purchased the Hyundai from his sister a few months previous. When questioned about why he had not registered the vehicle in his own name, TAMAYO said that he just hadn't. When questioned about a handkerchief found in the vehicle with a drawing of two women, a man, a bird, a pyramid type structure and "EMF" drawn on it, he admitted that "EMF" is a gang to which he is affiliated. TAMAYO denied having any knowledge of the marijuana in the bumper of his vehicle.

TAMAYO and FERNANDEZ were arrested for violation of Title 21 USC 952, 960, and 963, the conspiracy to import and importation of a controlled substance. Per Assistant United States Attorney Julie Pulea, TAMAYO and FERNANDEZ were released, each with a Notice to Appear in United States Magistrate Court, San Diego, CA on July 8, 1998.

98MG1782

'98 mg 1782

## MAGISTRATE INFORMATION SHEET

1) Dis. Auth _____ 1A) USAO# _____ Ct.# _____ Agency# <u>USCS</u>  2) Hg. Date <u>XXXX</u>

3) AUSA _____ 4)  Mag. _____ 5) Mat. Wit.: Cust: NO. Arraign M/W Release M/W Other

6) Def. # <u>1</u> of <u>2</u>

    Def. Name: <u>Carlos Tamayo</u>                    Social Security #: _____

    Alias: _____  Birth Date: <u>11/30/77</u>

    Address: <u>11103 ½ Elliott Avenue, El Monte, CA 91733</u>

7) Flip? No   Charges: <u>21 USC 952, 960 & 963, 841(a)(1)</u>   8) Arrest Date: <u>June 21, 1998</u>

    Penalties: _____  Place of Arrest: <u>San Ysidro, CA POE</u>

  Agents: <u>Andrea Michels & Carolyn Prentice</u>   Phone #: <u>(619)744-4719</u> Date Committed: <u>6/20/98</u>

  Agency: <u>U.S. Customs Service</u>         Program Category _____

9) Custody? No - Notice to Appear          10) Citizenship? U.S. Mex Other: <u>United States</u>

11) INS Status: Res  Bcc  Illegal  Other <u>N/A</u>

    Prior Deports: _____  Prior VR's _____

    Prior Record: <u>none as an adult</u>

Drug Usage: <u>none known</u>          How Evidenced? <u>N/A</u>

Cash on Def.: <u>$35</u>             Other Evidence: _____

Agent's Fact Summary:

On June 20, 1998, Carlos TAMAYO entered the U.S. from Mexico at the San Ysidro, CA, POE as driver of a 1988 Hyundai automobile bearing California license plate number 2GMM825. Examination of the vehicle revealed that three packages which contained a green vegetable matter which field tested positive for marijuana were concealed within the rear bumper of the vehicle. These three packages comprised a gross weight including matter and packaging of 7.3 pounds. TAMAYO, a U.S. citizen, did not admit knowledge of the marijuana in the vehicle. TAMAYO was arrested and was issued a notice to appear by SA Michels.

Agents Bail Info. (Employment, Family, Etc.) <u>Suspect is a U.S. citizen. Suspect is employed at Corestaff and works over 40 hours per week. Suspect lives with parents in El Monte.</u>

Vehicle Seized (Describe) <u>1988 Hyundai automobile</u>

12) Def. Atty: Apptd. Rtd. To Retain     13) Def. Atty. Name _____

14) Plea: Guilty-Count _____ NG Nolo     15) RCD? Yes No    16) Sent.: _____

    Con't Sent. _____      16A) S.A. $ _____  17) Dism? Ct. Govt.

18) Next Court for _____ 19) Date _____  20) Time: ____ and for ____ on ___ at ___

21) Bond Set: _____

    Conditions: _____

22) Pers Info: _____

23) Sentencing Guidelines: _____

24) Potential Forfeitures: _____

Gov't Sent Recommendation: _____

Defendant's Sent Recommendation: _____

Probation Dept Recommendation: _____

98 MG1782

## MAGISTRATE INFORMATION SHEET

1) Dis. Auth _____  1A) USAO# _____  Ct.# _____  Agency# _USCS_  2) Hg. Date_XXXX_____

3) AUSA _____  4)  Mag. _____  5) Mat. Wit.: Cust: NO. Arraign M/W Release M/W Other

6) Def. #_2_ of _2_

    Def. Name: _Cesar Fernandez_____  Social Security #: _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_

    Alias: _____  Birth Date: _04/08/79_____

    Address: _1101 Klingerman Street, El Monte, CA 91733_____

7) Flip? No  Charges: _21 USC 952, 960 & 963 841(a)(1)_  8) Arrest Date: _June 21, 1998_

    Penalties: _____  Place of Arrest: _San Ysidro, CA POE_

    Agents: _Andrea Michels & Carolyn Prentice_  Phone #: _(619)744-4719_ Date Committed: _6/20/98_

    Agency: _U.S. Customs Service_  Program Category _____

9) Custody? No - Notice to Appear  10) Citizenship? U.S. Mex Other: _United States_

11) INS Status: Res  Bcc  Illegal  Other _N/A_

    Prior Deports: _____  Prior VR's _____

    Prior Record: _none as an adult_

    Drug Usage: _none known_  How Evidenced? _N/A_

    Cash on Def.: _$51_  Other Evidence: _____

Agent's Fact Summary:

On June 20, 1998, Cesar FERNANDEZ entered the U.S. from Mexico at the San Ysidro, CA, POE as sole passenger of a 1988 Hyundai automobile bearing California license plate number 2GMM825. Examination of the vehicle revealed that three packages which contained a green vegetable matter which field tested positive for marijuana were concealed within the rear bumper of the vehicle. These three packages comprised a gross weight including matter and packaging of 7.3 pounds. FERNANDEZ, a U.S. citizen, did not admit knowledge of the marijuana in the vehicle. FERNANDEZ was arrested and was issued a notice to appear by SA Michels.

Agents Bail Info. (Employment, Family, Etc.) _Suspect is a U.S. citizen. Suspect is employed at Corestaff and works over 40 hours per week. Suspect lives with parents in El Monte._

Vehicle Seized (Describe) _1988 Hyundai automobile_____

12) Def. Atty: Apptd. Rtd. To Retain  13) Def. Atty. Name _____

14) Plea: Guilty-Count ____ NG Nolo  15) RCD? Yes No  16) Sent.: _____

    Con't Sent. _____  16A) S.A. $ ____  17) Dism? Ct. Govt.

18) Next Court for _____  19) Date _____  20) Time: ____ and for ____ on ____ at ____

21) Bond Set: _____

    Conditions: _____

22) Pers Info: _____

23) Sentencing Guidelines: _____

24) Potential Forfeitures: _____

Gov't Sent Recommendation: _____

Defendant's Sent Recommendation: _____

Probation Dept Recommendation: _____

98 MG-1782